IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN L. RICHES,　　　　　　　　　　　　　　　No. CV 07-06154 MJJ ,

　　　　Plaintiff,

**JUDGMENT IN A CIVIL CASE**

　v.

MICHAEL SKAKEL,

　　　　Defendant.
_____/

　　　( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　　(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　　**IT IS SO ORDERED AND ADJUDGED** that this action is dismissed as frivolous under sections 1915A and 1915(e)(2).

Dated: December 28, 2007　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Frank Justiliano
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk